**2014–0655. Chester/83 L.L.C. v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2010–3322, 2011–4183, and 2011–4184. This cause is pending before the court as an appeal from the Board of Tax Appeals.
Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

### *May 30, 2014*

**[Cite as *05/30/2014 Case Announcements*, 2014-Ohio-2296.]**

## MOTION AND PROCEDURAL RULINGS

**2013–1102. Cincinnati v. Ilg.**
Hamilton App. No. C–120667, 2013-Ohio-2191. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.
Upon consideration of the motions to participate in oral argument, scheduled for June 11, 2014, of amici curiae National College for DUI Defense and Ohio Association of Criminal Defense Lawyers, it is ordered by the court that the motions are granted. Amici shall share the time allotted to appellee.

## MISCELLANEOUS DISMISSALS

**2014–0446. State ex rel. OneBeacon Ins. Co. v. Myers.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.
Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.